

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,351

### EX PARTE DOUGLAS ALBERTO SANCHEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 997747 IN THE 182ND JUDICIAL DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to life imprisonment. The First Court of Appeals affirmed his conviction. *Sanchez v. State*, No. 01-06-00516-CR (Tex. App. – Houston [1st Dist.], July 6, 2007). Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise him of his right to petition for discretionary review *pro se.*

The trial court has entered findings of fact and conclusions of law that appellate counsel

failed to timely notify Applicant of his right to petition for discretionary review *pro se. See Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in Cause No. 01-06-00516-CR that affirmed his conviction in Cause No. 997747 from the 182nd Judicial District Court of Harris County. Applicant shall file his petition for discretionary review with the First Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: May 19, 2010
Do not publish